IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**LEONARD E. SMITH,**

        Petitioner,

v.                                            Civil Action No. 5:22-CV-247
                                                 Judge Bailey

**WARDEN BAYLESS,**

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that the petition [Doc. 1] be denied and the case be dismissed without prejudice.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. **Thomas v. Arn**, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. **United States v. Schronce**, 727 F.2d

91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation within the prescribed time frame.

Accordingly, a review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Therefore, the magistrate judge's report and recommendation is **AFFIRMED**, the petition [**Doc. 1**] is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to mail a copy of this Order to petitioner and to transmit copies to all counsel of record herein.

DATED: November 29, 2022.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**